IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TAYLOR RECORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:26cv520-MHT |
| | ) | (WO) |
| DONALD VALENZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Houston County Jail, filed this lawsuit asserting that the conditions of confinement in the jail are unconstitutional. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff failed to comply with a notice of deficiency that informed him that he needed to pay the filing fee or file an application to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted. The court will additionally dismiss the case for failure to prosecute and because the case cannot move forward without either the payment of the filing fee or the granting of *in forma pauperis* status.

An appropriate judgment will be entered.

DONE, this the 8th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE